MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>SIMEON HERNANDEZ-ORTIZ,<br><br>               Defendant. | CASE NO. 1:20-CR-00039-DAD-BAM<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS AND ORDER THEREON**<br><br>Date: January 26, 2020<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the defendant's motion to suppress in this case from January 26, 2021 at 10:00 am until March 9, 2021 at 10:00 a.m. The government's response will be filed on before February 19, 2021. The defendant's reply, if any, shall be filed on or before March 4, 2021.

This request is made to permit the United States adequate to research defendant's motion and prepare a response in light of counsel's responsibilities in other case. Act.

Dated: January 8, 2021                                           MCGREGOR W. SCOTT
                                                                                  United States Attorney

                                                                                  /s/ *Kathleen A. Servatius*
                                                                                  KATHLEEN A. SERVATIUS
                                                                                  Assistant United States Attorney

1

Dated:  January 8, 2021

RUZANNA POGHOSYAN
RP DEFENSE LAW, APC

*/s/ Ruzanna Poghosyan*
RUZANNA POGHOSYAN
Attorney for SIMEON HERNANDEZ-ORTIZ

## ORDER

IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress shall be continued from January 26, 2021 until March 9, 2021 at 9:00 a.m.  The government's response shall be filed on or before February 19, 2021 and the defendant's reply, if again, shall be filed on or before March 4, 2021.

IT IS SO ORDERED.

Dated:  **January 8, 2021**

_____
UNITED STATES DISTRICT JUDGE

2