1  MCGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:20-CR-00039-DAD-BAM
12 |                        Plaintiff,    | STIPULATION TO CONTINUE DEFENDANT'S
   |                                      | MOTION TO SUPPRESS AND ORDER
13 |           v.                         | THEREON
14 | SIMEON HERNANDEZ-ORTIZ,              |
   |                                      | Date: March 16, 2021
15 |                        Defendant.    | Time: 10:00 a.m.
   |                                      | Honorable Dale A. Drozd
16

17     The United States of America, by and through MCGREGOR W. SCOTT, United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by

19 and through his respective attorney of record, hereby stipulate to continue the defendant's motion to

20 suppress in this case from March 16, 2021 at 10:00 am until March 30, 2021 at 10:00 a.m. The

21 government's response will be filed on before March 5, 2021. The defendant's reply, if any, shall be

22 filed on or before March 18, 2021.

23      This request is made to permit the United States adequate to research defendant's motion and

24 prepare a response in light of counsel's responsibilities in other case.

25 Dated: February 17, 2021                      MCGREGOR W. SCOTT
                                                 United States Attorney
26

27                                               /s/ *Kathleen A. Servatius*
                                                 KATHLEEN A. SERVATIUS
28                                               Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE      1

Dated: February 17, 2021

RUZANNA POGHOSYAN
RP DEFENSE LAW, APC

*/s/ Ruzanna Poghosyan*
RUZANNA POGHOSYAN
Attorney for SIMEON HERNANDEZ-ORTIZ

### **ORDER**

IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress shall be continued from March 16, 2021 until March 30, 2021 at 09:00 a.m. The government's response shall be filed on or before March 5, 2021 and the defendant's reply, if again, shall be filed on or before March 18, 2021.

IT IS SO ORDERED.

Dated: **February 17, 2021**

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE     2