MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMEON HERNANDEZ-ORTIZ,<br><br>Defendant. | CASE NO. 1:20-CR-00039-DAD-BAM<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS AND ORDER THEREON**<br><br>Date: March 30, 2021<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the defendant's motion to suppress in this case from March 30, 2021 at 10:00 am until April 12, 2021 at 10:00 a.m. The government's response will be filed on before March 19, 2021. The defendant's reply, if any, shall be filed on or before April 2, 2021.

This request is made to permit the United States adequate to research defendant's motion and prepare a response in light of counsel's responsibilities in other case.

Dated: March 5, 2021                                MCGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ *Kathleen A. Servatius*
                                                    KATHLEEN A. SERVATIUS
                                                    Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE            1

Dated:  March 5, 2021                                     RUZANNA POGHOSYAN
                                                          RP DEFENSE LAW, APC

                                                          */s/ Ruzanna Poghosyan*
                                                          RUZANNA POGHOSYAN
                                                          Attorney for SIMEON HERNANDEZ-ORTIZ

## ORDER

IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress shall be continued from March 30, 2021 until April 12, 2021 at 10:00 a.m.  The government's response shall be filed on or before March 19, 2021 and the defendant's reply, if again, shall be filed on or before April 4, 2021.

IT IS SO ORDERED.

Dated:   **March 5, 2021**                              _____
                                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE         2