1 PHILLIP A. SCOTT
Acting United States Attorney
2 KATHLEEN A. SERVATIUS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00039-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS AND PROPOSED ORDER THEREON** |
| v. | |
| SIMEON HERNANDEZ-ORTIZ, | Date: April 12, 2021 |
| Defendant. | Time: 10:00 a.m. |
| | Honorable Dale A. Drozd |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the defendant's motion to suppress in this case from April 12, 2021 at 10:00 am until April 27, 2021 at 10:00 a.m.  The government's response will be filed on before April 2, 2021.  The defendant's reply, if any, shall be filed on or before April 16, 2021.

This request is made to permit the United States adequate to research defendant's motion and prepare a response in light of counsel's responsibilities in other case.

Dated: March 18, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          /s/ *Kathleen A. Servatius*
                                          KATHLEEN A. SERVATIUS
                                          Assistant United States Attorney

Dated:  March 18, 2021

RUZANNA POGHOSYAN
RP DEFENSE LAW, APC

*/s/ Ruzanna Poghosyan*
RUZANNA POGHOSYAN
Attorney for SIMEON HERNANDEZ-ORTIZ

## **ORDER**

The hearing on defendant's motion to suppress shall be continued from April 12, 2021 until April 27, 2021 at 10:00 a.m.  The government's response shall be filed on or before April 2, 2021 and the defendant's reply, if again, shall be filed on or before April 16, 2021.

IT IS SO ORDERED.

Dated:   **March 19, 2021**

_____
UNITED STATES DISTRICT JUDGE