PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SIMEON HERNANDEZ-ORTIZ,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-CR-00039-DAD-BAM<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS AND ORDER THEREON**<br><br>Date: April 27, 2021<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

　　　The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the defendant's motion to suppress in this case from April 27, 2021 at 10:00 am until May 11, 2021 at 10:00 a.m. The government's response will be filed on before April 23, 2021. The defendant's reply, if any, shall be filed on or before April 30, 2021.

　　　This request is made to permit the United States adequate to research defendant's motion and prepare a response in light of counsel's responsibilities in other case.

Dated: April 12, 2021　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Kathleen A. Servatius*
　　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN A. SERVATIUS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE　　　　1

Dated:  April 12, 2021                    RUZANNA POGHOSYAN
                                          RP DEFENSE LAW, APC

                                          */s/ Ruzanna Poghosyan*
                                          RUZANNA POGHOSYAN
                                          Attorney for SIMEON HERNANDEZ-ORTIZ

## ORDER

IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress shall be continued from April 27, 2021 until May 11, 2021 at 10:00 a.m.  The government's response shall be filed on or before April 23, 2021 and the defendant's reply, if again, shall be filed on or before April 30, 2021.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                  _____
                                             UNITED STATES DISTRICT JUDGE