PHILLIP A. TALBERT
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SIMEON HERNANDEZ-ORTIZ,<br><br>                    Defendant. | **CASE NO. 1:20-CR-00039-DAD-BAM**<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO SUPPRESS AND ORDER THEREON**<br><br>Date: May 12, 2021<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the defendant's motion to suppress in this case from May 12, 2021 at 10:00 am until June 14, 2021 at 10:00 a.m. The government's response will be filed two weeks before the hearing. The defendant's reply, if any, shall be filed one week before the hearing.

This request is made to permit the parties to fully explore the possibility of a plea before litigating the suppression motion.

Dated: May 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: May 6, 2021

RUZANNA POGHOSYAN
RP DEFENSE LAW, APC

*/s/ Ruzanna Poghosyan*
RUZANNA POGHOSYAN
Attorney for SIMEON HERNANDEZ-ORTIZ

## ORDER

IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress shall be continued from May 12, 2021 until June 14, 2021 at 10:00 a.m. The government's response shall be filed two weeks before that date and the defendant's reply, if again, shall be filed one week before that date.

IT IS SO ORDERED.

Dated: __**May 6, 2021**__ _____

UNITED STATES DISTRICT JUDGE