| | |
|---|---|
| 1 | Ruzanna Poghosyan. #256477 |
| 2 | RP DEFENSE LAW, APC<br>16861 Ventura Blvd. Suite 305 |
| 3 | Encino, CA 91436<br>Tel: 818-646-3443 |
| 4 | Fax: 818-351-8235<br>Email: ruzanna@rpcriminaldefense.com |
| 5 | Attorney for Defendant |
| 6 | SIMEON HERNANDEZ-ORTIZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-cr-00039-DAD-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE DEFENDANT'S<br>) MOTION TO SUPPRESS AND ORDER THEREON |
| vs. | ) |
| | ) Date: June 14, 2021 |
| SIMEON HERNANDEZ-ORTIZ | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| Defendants. | ) |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KIMBERLY SANCHEZ, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the defendant's motion to suppress in this case from June 14, 2021 at 10:00 am until July 12, 2021 at 10:00 a.m. The government's response will be filed two weeks before the hearing. The defendant's reply, if any, shall be filed one week before the hearing.

This request is made to permit the parties to fully explore the possibility of a plea before litigating the suppression motion.

Dated: June 4, 2021

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ *Kimberly Sanchez*
  KIMBERLY SANCHEZ
  Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Defendant's Motion to Suppress

-1-

| | |
|---|---|
| Dated: June 4, 2021 | RUZANNA POGHOSYAN<br>RP DEFENSE LAW, APC<br><br>*/s/ Ruzanna Poghosyan*<br>RUZANNA POGHOSYAN<br>Attorney for<br>SIMEON HERNANDEZ-ORTIZ |

## **ORDER**

IT IS HEREBY ORDERED that the hearing on defendant's motion to suppress shall be continued from June 14, 2021 until July 12, 2021 at 10:00 a.m. The government's response shall be filed two weeks before that date and the defendant's reply, if again, shall be filed one week before that date.

IT IS SO ORDERED.

Dated: **June 7, 2021**

UNITED STATES DISTRICT JUDGE